# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MISAEL ALEXANDER BERNAL | : |
| | : |
| Plaintiff, | : Civil Action No. 1:15-cv-101 (CMH/TCB) |
| | : |
| v. | : |
| | : |
| FIVE STAR SEPTIC, INC., *et al.*, | : |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of above-captioned matter with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| STEIN SPERLING BENNETT DE JONG DRISCOLL PC | PESNER KAWAMOTO |
| | |
| By: /s/ *Mary J. Craine Lombardo* | By: /s/ *John C. Altmiller* |
| Mary J. Craine Lombardo (77768) | John C. Altmiller (34902) |
| 25 West Middle Lane | 7926 Jones Branch Road, Suite 930 |
| Rockville, Maryland 20850 | McLean, Virginia 22102 |
| (301) 340-2020 | (703) 506-9440 |
| (301) 354-8126 (facsimile) | (703) 506-0929 (facsimile) |
| mlombardo@steinsperling.com | jaltmiller@pesnerkawamoto.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| | |
| | (Signed by Mary J. Craine Lombardo With permission of John C. Altmiller) |

4378734_1